■ In the Matter of ADAM P. RISSEW, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [18 NYS3d 905]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Oct. 28, 2015.)

■ In the Matter of RAYMOND SHANLEY, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [18 NYS3d 904]—Order entered appointing attorney to protect interests of clients pursuant to 22 NYCRR 1022.24 (a). Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Nov. 9, 2015.)